IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM BARNES, | No. 4:24-CV-00019 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| TRUCK-LITE CO., LLC, *et al.*, | |
| Defendants. | |

### ORDER

**JUNE 13, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Abraham Barnes' Motion to Strike Affirmative Defenses (Doc. 31) is **GRANTED** as to the following affirmative defenses by Defendants Truck-Lite Co., LLC and Clarience Technologies, LLC:

    a. Seventh Affirmative Defense: Plaintiff's claims may be barred by the applicable statutes of limitation. (Doc. 26 at 12).

    b. Eighth Affirmative Defense: Plaintiff's claims may be barred by release. (Doc. 26 at 12).

    c. Tenth Affirmative Defense: This action may be barred in whole, or in part, by the doctrine of collateral estoppel and/or res judicata. (Doc. 26 at 12).

2

2. Defendants Truck-Lite Co., LLC and Clarience Technologies, LLC may file an amended answer in accordance with this Memorandum Opinion and Order no later than fourteen (14) days from the date of this Order. If no amended answer is filed by that date, the identified paragraphs will be stricken from the answer.

3. Barnes' Motion to Strike Affirmative Defenses (Doc. 31) is **DENIED** as to all other affirmative defenses.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge